PER CURIAM.
Affirmed. See Maunsell v. American Gen. Life & Accident Ins. Co., 707 So.2d 916 (Fla. 3d DCA 1998); Wasser v. Sasoni, 652 So.2d 411 (Fla. 3d DCA 1995); Thor Bear, Inc. v. Crocker Mizner Park, Inc., 648 So.2d 168 (Fla. 4th DCA 1994); Futura Realty v. Lone Star Building Centers (Eastern), Inc., 578 So.2d 363 (Fla. 3d DCA 1991); Sleight v. Sun and Surf Realty, Inc., 410 So.2d 998 (Fla. 3d DCA 1982); Vokes v. Arthur Murray, Inc., 212 So.2d 906 (Fla. 2 DCA 1968).